Victor G. Nardi, Successor in Trust to Union Bank of Chicago, Appellant, v. Louis Schelfhout and Mary Schelfhout, Appellees.

Gen. No. 39,722.

opinion filed December 5, 1939; Victor G. Nardi, *pro se;* Crahen, Sullivan, O'Toole & Sullivan, for appellees; John E. Crahen, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."

Edwin B. Harts, Trustee under Last Will of P. W. Harts, Deceased, Appellant, v. William P. Cronin et al., Appellees.

Gen. No. 40,590.

opinion filed December 5, 1939. Edwin B. Harts, for appellant; Joseph B. Bergman, for appellee J. S. Cook; J. S. Cook, *pro se,* Harold L. Reeve and Charles F. Grimes, for appellee Mutual National Bank of Chicago. Opinion by JUSTICE FRIEND. "Not to be published in full."